B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Central District of California-Northern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Electronic Sensor Technology, Inc., a Nevada corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>98-0372780 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1125-B Business Center Circle<br>Newbury Park, CA<br>ZIP Code 91320 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Ventura | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Chapter 11 Debtors**

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Electronic Sensor Technology, Inc., a Nevada corporation |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Electronic Sensor Technology, Inc., a Nevada corporation |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X ~~signature~~ _____
Signature of Attorney for Debtor(s)

David S. Kupetz 125062
Printed Name of Attorney for Debtor(s)

SulmeyerKupetz
Firm Name

333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Address

213.626.2311  Fax: 213.629.4520
Telephone Number

October 21, 2014                125062
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~signature~~ _____
Signature of Authorized Individual

William B. Wittmeyer
Printed Name of Authorized Individual

Chief Executive Officer and Chairman of the Board
Title of Authorized Individual

October 21, 2014
Date

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Central District of California-Northern Division

In re   Electronic Sensor Technology, Inc., a Nevada corporation _____   Case No. _____

                                                    Debtor(s)          Chapter   11

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   000-5189   .

2.  The following financial data is the latest available information and refers to the debtor's condition on   October 15, 2014 **   .

a. Total assets                                              $            366,530.33

b. Total debts (including debts listed in 2.c., below)        $          7,948,834.23

c. Debt securities held by more than 500 holders:                                    Approximate
                                                                                     number of
                                                                                     holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

d. Number of shares of preferred stock                                0                0

e. Number of shares common stock                          163,548,161               43

   Comments, if any:

3.  Brief description of Debtor's business:
    Electronic Sensor Technology, Inc. manufactures a portable gas chromatography instrument trade marked zNOSE.

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting
    securities of debtor:
    Tan Sri Wan Azmi
    Mr. G.T. Low
    Cede and Company

**       On March 31, 2010, the Debtor filed Form 15 with the Securities & Exchange Commission terminating the Debtor's duty to file reports with the Securities & Exchange Commission.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA State Bar No. 125062)<br>SulmeyerKupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor.<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>☒ *Attorney for:* Debtor, Electronic Sensor Technology, Inc. | |

| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA-NORTHERN DIVISION** | |
|---|---|
| In re:<br><br>    Electronic Sensor Technology, Inc.<br>                                                    Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: ___October___, 2014 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          October 21, 2014
*Signature of Authorized Signatory of Filing Party*          Date

William B. Wittmeyer
*Printed Name of Authorized Signatory of Filing Party*

Chief Executive Officer and Chairman of the Board
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document available for review upon request of the Court or other parties.

_____          October 21, 2014
*Signature of Attorney for Filing Party*          Date

David S. Kupetz
SulmeyerKupetz, A Professional Corporation
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

**CERTIFICATION OF RESOLUTION OF BOARD OF DIRECTORS OF
ELECTRONIC SENSOR TECHNOLOGY, INC.,
AUTHORIZING FILING OF PETITION UNDER CHAPTER 11
OF THE UNITED STATES BANKRUPTCY CODE**

I, William B. Wittmeyer, do hereby certify:

1.    That I am Chairman of the Board of Directors (the "Board") and

Chief Executive Officer of Electronic Sensor Technology, Inc. (the "Corporation").

2.    That the Corporation has determined that it is in the best interest of

the Corporation and its creditors that the Corporation file a voluntary chapter 11

bankruptcy petition in the United States Bankruptcy Court for the Central District of

California and, accordingly, has therefore,

> RESOLVED, that the Corporation is authorized to file a voluntary chapter
> 11 bankruptcy petition in the United States Bankruptcy Court for the
> Central District of California;
>
> RESOLVED, that William B. Wittmeyer, Chief Executive Officer and
> Director of the Corporation, is authorized and directed to execute and
> deliver all documents necessary to perfect the filing of a chapter 11
> bankruptcy reorganization case on behalf of the Corporation;
>
> RESOLVED, that William B. Wittmeyer, Chief Executive Officer and
> Director of the Corporation, is authorized and directed to appear in all
> bankruptcy proceedings on behalf of the Corporation, and to otherwise do
> and perform all acts and deeds and to execute and deliver all necessary
> documents on behalf of the Corporation in connection with such
> bankruptcy case; and
>
> RESOLVED, that William B. Wittmeyer, Chief Executive Officer and
> Director of the Corporation, is authorized and directed to employ on behalf
> of the Corporation the law firm of SulmeyerKupetz, a professional
> corporation, to represent the Corporation in such bankruptcy
> reorganization case.

Dated:  __10/22/14__                    Signed: _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California-Northern Division

In re    Electronic Sensor Technology, Inc., a Nevada corporation

Case No. _____

Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| White & Case LLP<br>Neil Rust<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA 90071 | Alex Alvarez<br>White & Case LLP<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA 90071<br>Telephone: 213.620.7808<br>E-Mail: akalvarez@la.whitecase.com | Trade Debt | | 72,871.45 |
| Flat Iron Capital<br>Post Office Box 712195<br>Denver, CO 80271 | Customer Service<br>Flat Iron Capital<br>1700 Lincoln Street<br>12th Floor<br>Denver, CO 80203<br>Telephone: 800.800.2767<br>E-Mail: customerservice@flatironcapital.net | Product Liability Insurance | | 53,481.54 |
| Sherb & Co., LLP<br>805 3rd Avenue<br>No. 902<br>New York, NY 10022 | Christine Ottavio<br>Sherb & Co., LLP<br>805 3rd Avenue<br>No. 902<br>New York, NY 10022<br>Telephone: 212.838.2652<br>E-Mail: infro@sherbcpa.com | Audit, Tax & Advisory Services | | 28,632.00 |
| East West Bank<br>Post Office Box 790408<br>Saint Louis, MO 63179 | Cardmember Service<br>East West Bank<br>Post Office Box 790408<br>Saint Louis, MO 63179<br>Telephone: 866.552.8855 | Credit Facility | | 23,000.00 |
| Francis Chang<br>2655 Country Lane<br>Westlake Village, CA 91361 | Francis Chang<br>2655 Country Lane<br>Westlake Village, CA 91361<br>Telephone: 818.889.1995<br>E-Mail: changfrancis8@gmail.com | Retirement Benefit | | 16,862.24 |

B4 (Official Form 4) (12/07) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation          Case No. _____
                                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Greenberg Traurig, LLP<br>1900 University Avenue<br>Palo Alto, CA 94303 | Janet Young<br>Greenberg Traurig, LLP<br>1900 University Avenue<br>Palo Alto, CA 94303<br>Telephone: 650.289.7813<br>E-Mail: youngja@gtlaw.com | Trade Debt | | 14,770.00 |
| CAN Insurance-Workers Comp<br>1100 Industrial Road<br>Suite 3<br>Post Office Box 1266<br>San Carlos, CA 94070 | CNA Representative<br>1100 Industrial Road<br>Suite 3<br>Post Office Box 1266<br>San Carlos, CA 94070<br>Telephone: 877.276.7507<br>E-Mail: cidirectbill@cnacentral.com | Insurance Contract | | 6,290.50 |
| Sage Software, Inc.<br>Customer Care Department<br>14855 Collections Center Drive<br>Chicago, IL 60693 | Customer Care Department<br>Sage Software, Inc.<br>14855 Collections Center Drive<br>Chicago, IL 60693<br>Telephone: 888.721.8989<br>E-Mail: business care.mme@sage.com | Trade Debt | | 2,522.01 |
| Da-Lo Engineering<br>2696 Lavery Court<br>Unit 19<br>Newbury Park, CA 91319 | Terri<br>Da-Lo Engineering<br>2696 Lavery Court<br>Unit 19<br>Newbury Park, CA 91319<br>Telephone: 805.498.5016<br>E-Mail: soccer4t@aol.com | Trade Debt | | 1,750.00 |
| Continental Stock Transfer & Trust<br>17 Battery Place<br>Eighth Floor<br>New York, NY 10004 | Sally William<br>Continental Stock Transfer & Trust<br>17 Battery Place<br>Eighth Floor<br>New York, NY 10004<br>Telephone: 212.509.4000<br>E-Mail: swilliam@continentalstock.com | Trade Debt | | 1,696.86 |
| Worldwide Express<br>850 Hampshire Road<br>Suite S<br>Westlake Village, CA 91361 | Kim Hames - A/R Department<br>Worldwide Express<br>850 Hampshire Road<br>Suite S<br>Westlake Village, CA 91361<br>Telephone: 866.993.3877<br>khames@wwexusa.com | Trade Debt | | 1,635.77 |
| Warnick Design<br>700 West E Street<br>No. 1906<br>Northridge, CA 91325 | Michael Dean Warnick<br>Warnick Design<br>700 West E Street<br>No. 1906<br>Northridge, CA 91325<br>Telephone: 760.650.9413<br>E-Mail: michael@warnickdg.com | Trade Debt | | 1,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Liberty Mutual Insurance<br>Post Office Box 85834<br>San Diego, CA 92186 | Billing Center Department<br>Liberty Mutual Insurance<br>Post Office Box 85834<br>San Diego, CA 92186<br>Telephone: 866.290.2920<br>E-Mail: clpacificregioncldirectbill@libertymutual.com | Insurance Contract | | 990.25 |
| Federal Express<br>Post Office Box 7221<br>Pasadena, CA 91109 | U.S. Collections Department<br>Federal Express<br>Post Office Box 7221<br>Pasadena, CA 91109<br>Telephone: 888.780.4580<br>Telephone: 877.668.5632<br>E-Mail: vmcknight@fedex.com | Trade Debt | | 388.62 |
| Airgas-West, Inc.<br>Post Office Box 7423<br>Pasadena, CA 91109 | Customer Representative<br>Airgas-West, Inc.<br>Post Office Box 7423<br>Pasadena, CA 91109<br>Telephone: 562.766.8967<br>E-Mail: cermaniqua.young@airgas.com | Trade Debt | | 321.81 |
| State Board of Equalization<br>Post Office Box 942879<br>Sacramento, CA  94279-6001 | State Board of Equalization<br>Post Office Box 942879<br>Sacramento, CA  94279-6001 | Taxes | | 127.13 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer & Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 21, 2014                    Signature  _____

William B. Wittmeyer
Chief Executive Officer and Chairman of the Board

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA State Bar No. 125062)<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number: 125062 | |

☒ *Attorney for:  Electronic Sensor Technology, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Electronic Sensor Technology, Inc., a Nevada corporation<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    William B. Wittmeyer                                        , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

October 21, 2014
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   William B. Wittmeyer
        Chief Executive Officer and Chairman of the Board
        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Cede & Co. (Fast)
Box 20
Bowling Green Station
New York, NY 10004

Halfmoon Bay Capital, Ltd.
Trident Chambers
Box 146 Road Town Tortola
British Virgin Island

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None
_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None
_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None
_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Newbury Park_____, California.

Date:    _October 21, 2014_____

William B. Wittmeyer
Chief Executive Officer and Chairman of the Board
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                    F 1015-2.1.STMT.RELATED.CASES

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name ____David S. Kupetz/SulmeyerKupetz, A Professional Corporation_____

Address ____333 South Hope Street 35th Floor Los Angeles, CA 90071-1406_____

Telephone ____213.626.2311 Fax: 213.629.4520_____

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA-NORTHERN DIVISION | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br><br>Electronic Sensor Technology, Inc., a Nevada corporation | Case No.: |
| | Chapter:    11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __12__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: ____October 21, 2014_____

_____
William B. Wittmeyer
Chief Executive Officer and Chairman of the Board
Signer/Title

Electronic Sensor Technology, Inc., a Nevada corporation
1125-B Business Center Circle
Newbury Park, CA 91320


David S. Kupetz
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


OUST-Santa Barbara
128 East Carrillo Street
Santa Barbara, CA 93101

1 N 1 Hosting
701 Lee Road
Suite 300
Wayne, PA 19087


3 Springs LLC
2655 Country Lane
Westlake Village, CA 91361


Airgas-West, Inc.
Post Office Box 7423
Pasadena, CA 91109


Alpha Capital AG
c/o LH Financial
160 Central Park South, No. 2701
New York, NY 10019


Annie Mae Jennings
1010 Filmore Drive
Tupelo, MS 38801


Ben W. Christley, Jr.
709 Timbercrest Drive
Leesburg, FL 34748


Benjamin Bernstein
2242 Polk Street
Apt. No. 309
San Francisco, CA 94109


CAN Insurance - Workers Comp
1100 Industrial Road, Suite 3
Post Office Box 1266
San Carlos, CA 94070

Cede & Co.  Fast
Box 20
Bowling Green Station
New York, NY 10004


Ceocast, Inc.
Attn: Michael Wachs
390 Lexington Avenue, Fourth Floor
New York, NY 10017


Chris Kaltenbach
c/o Lesaffre International Corp.
433 East Michigan Street
Milwaukee, WI 53202


Cliff SM Lim
32760 Wellbrook Drive
Westlake Village, CA 91361


Continental Stock Transfer & Trust
17 Battery Place
Eighth Floor
New York, NY 10004


Da-Lo Engineering
3696 Lavery Court
Unit 19
Newbury Park, CA 91319


Daniel J. Weintraub, Esq..
Weintraub & Selth, APC
11766 Wilshire Boulevard, No. 1170
Los Angeles, CA 90025


Darryl Stephens
3860 Isle of Skye Drive
Sparks, NV 89431

Donald L. & Mary E. Finch Trust
U/A DTD 9.4.1996 FBO
1135 West Arcadia Avenue, No. 3
Arcadia, CA 91007


Dr. Teong Lim
32760 Wellbrook Drive
Westlake Village, CA 91361


East West Bank
Post Office Box 790408
Saint Louis, MO 63179


Employment Development Dept.
Bankruptcy Group MIC 92E
Post Office Box 826880
Sacramento, CA 94280


Excel Micro
505 Kedron Avenue
Folsom, PA 19033


Federal Express
Post Office Box 7221
Pasadena, CA 91109


Flat Iron Capital
Post Office Box 712195
Denver, CO 80271


Franchise Tax Board
Bankruptcy Unit, MS:A-340
Post Office Box 2952
Sacramento, CA 95812-2952

Francis Chang
2655 Country Lane
Westlake Village, CA 91361


Frank E. & Barbara Lynn Collier
Joint Tenants
Route 1 Box 109
Waterford, MS 38685


Frank Zuhnde
5927 Lake Lindero Drive
Agoura Hills, CA 91301


Greenberg Traurig, LLP
1900 University Avenue
Palo Alto, CA 94303


Gregory P. Osborne
425 Dreshertown Road
Fort Washington, PA 19034


H. Bruce Diesl
4680 Coquina Crossing Drive
Elkton, FL 32033


Half Moon Bay Capital
Post Office Box 146 Road Town
Tortola
British Virgin Islands


Halfmoon Bay Capital, Ltd.
Trident Chambers
Box 146 Road Town Tortola
British Virgin Island

Herbert Rosen Trust
U/A DTD 9.2.1992 FBO
350 East Dundee Road, No. 105
Buffalo Grove, IL 60089


HorseShoe 2006 LLC
32760 Wellbrook Drive
Westlake Village, CA 91361


Ifty Talib
1867 Suntree Lane
Simi Valley, CA 93063


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903


James S. Cummins
1815 West Sierra Sunset Trail
Phoenix, AZ 85085


Janis Parmar
c/o Canaccord Capital
2200-609 Granville Street
Vancouver BC V7Y 1H2 Canada


Jason Livingston
488 East Ocean Boulevard
No. 105
Long Beach, CA 90802


Jeff R. Haines
742 Pancho Road
Camarillo, CA 93012

Jeremy S. Roenick
8525 East Dixileta Road
Scottsdale, AZ 85262


John J. & Alicia C. Caufield
Joint Tenants
2441 Dogwood Drive
Wexford, PA 15090


John Richard & Karen Daoust
Joint Tenants
328 East Street
Hingham, MA 02043


Kelly Dang
1580 Dowling Street
Simi Valley, CA 93065


L& G Resources 1994 , Inc.
c/o Land & General Berhad
Level 5 Block D Sri Damansara
Park Persiaran Industri 52200 Kuala


Liberty Mutual Insurance
Post Office Box 85834
San Diego, CA 92186


Maggie Tham
962 Woodlawn Drive
Newbury Park, CA 91320


Marc Sperling
23 Park Avenue
No. 5B
New York, NY 10016

Mario Lemieux
630 Academy Avenue
Sewickley, PA 15143


Mark N. Tompkins
802 Grand Pavilion, 1st Floor
Box 30543 SMB, Grand Cayman
Cayman Islands BVI


Mark Recchi
114 Fairway Lane
Pittsburgh, PA 15238


Mark S. Barbara
c/o Zacorp Graphics
27 Rae Cres
Markham ON L3R 2X8 Canada


Maxine K. Godin
301 Crestview Drive
Eatonton, GA 31024


Mr. Francis Chang
2655 Country Lane
Westlake Village, CA 91361


Nathaniel Kramer
400 Park Avenue
14th Floor
New York, NY 10021


R. Dean Frost
420 Bull Creek Road
Whitney Point, NY 13862

Rachel Glicksman
c/o Ceocast, Inc.
55 John Street, 11th Floor
New York, NY 10038


Richard Chase
c/o Chase Investments, Inc.
6218 Ramirez Mesa Drive
Malibu, CA 90265


Richard D. Ketchpel
4442 Foothill Drive
Carpinteria, CA 93013


Rick Tocchet
Post Office Box 27064
Scottsdale, AZ 85255


Ricoh America, Inc.
21820 Burbank Boulevard
Suite 229
Woodland Hills, CA 91367


Ritex USA, Inc.
1867 Suntree Lane
Simi Valley, CA 93063


Robert N. Waller
13120 Quai Meadow Drive
Baton Rouge, LA 70817


Sage Software, Inc.
Customer Care Department
14855 Collections Center Drive
Chicago, IL 60693

Sean Fitzpatrick
65 West Princeton Road
Bala Cynwyd, PA 19004


Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036


Sherb & Co., LLP
805 3rd Avenue
No. 902
New York, NY 10022


State Board of Equalization
Post Office Box 942879
Sacramento, CA 94279-6001


Superior Pacific Corporation
18419 Sunburst Street
Northridge, CA 91325


TC Lim LLC
32760 Wellbrook Drive
Westlake Village, CA 91361


Ted Woodley
926 Galloway Street
Pacific Palisades, CA 90272


Teong C. Lim
32760 Wellbrook Drive
Westlake Village, CA 91361

Thomas Dudley Trust UA 2.2.1990
Dudley Familyl Trust
1934 Polaris Drive
Glendale, CA 91208


Travis Green
67 Arcata
Irvine, CA 92602


Ventura County Government Center
800 South Victoria Avenue
Ventura, CA 93009


Verizon California
Post Office Box 920041
Dallas, TX 75392


Vonage/Vocalcity
1375 Peachtree Street NE
Suite 200
Atlanta, GA 30309


Walter Suburo Yamane
232 Ainahou Street
Honolulu, HI 96825


Warnick Design
700 West E Street
No. 1906
Northridge, CA 91325


White & Case LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071

William L. & June L. Ireland
Joint Tenants
7904 Nancy Lane
Louisville, KY 40258


William Wittmeyer
962 Woodlawn Drive
Thousand Oaks, CA 91360


Wiltham, Inc.
962 Woodlawn Drive
Thousand Oaks, CA 91360


Worldwide Express
850 Hampshire Road
Suite S
Westlake Village, CA 91361