1  Victor A. Sahn (CA Bar No. 97299)
     *vsahn@sulmeyerlaw.com*
2  David S. Kupetz (CA Bar No. 125062)
     *dkupetz@sulmeyerlaw.com*
3  Jason D. Balitzer (CA Bar No. 244537)
     *jbalitzer@sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
8  Bankruptcy Counsel for Electronic Sensor
   Technology, Inc., Debtor and Debtor in
   Possession
9

10            **UNITED STATES BANKRUPTCY COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12                  **NORTHERN DIVISION**

13  In re                                    Case No. 9:14-bk-12347-PC

14  Electronic Sensor Technology, Inc.,      Chapter 11
    a Nevada corporation,
15                                           SMALL BUSINESS CASE UNDER
              Debtor.                        FRBP 1020
16
17                                           **SCHEDULES, STATEMENT OF
                                             FINANCIAL AFFAIRS, AND RELATED
                                             DOCUMENTS**
18

19  Tax Id # 98-0372780

20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Central District of California-Northern Division

In re    Electronic Sensor Technology, Inc., a Nevada corporation        Case No. _____

                                             Debtor

Chapter _____ 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 369,030.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 198,185.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 7,949,860.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 369,030.60 | | |
| Total Liabilities | | | | 8,148,046.21 | |

B6A (Official Form 6A) (12/07)

In re   Electronic Sensor Technology, Inc., a Nevada corporation     Case No. _____

                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  0   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____

                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash<br>Location: 1125-B Business Center Circle, Newbury Park CA 91320 | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | East West Bank<br>****-**65 | - | 4,338.28 |
| | | East West Bank<br>****-**44 | - | 5,110.30 |
| | | East West Bank<br>***-****78 | - | 40.00 |
| | | East West Bank<br>***-****89 | - | 500.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | YBL Properties LLC<br>Security Deposit | - | 8,000.00 |
| | | Vocalocity | | 375.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    18,563.86
(Total of this page)

_3_    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation                              Case No. _____
                                                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Location: 1125-B Business Center Circle, Newbury Park CA 91320 | - | 5,537.90 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | | | Sub-Total > (Total of this page) | 5,537.90 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Electronic Sensor Technology, Inc., a Nevada corporation                     Case No. _____
_____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | US Patent Nos.: 5,970,803 6,212,938 6,354,160 (See Attached) | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | 10% Revenue Sharing Agreement with Pure Analytics for Medical Marijuana Testing  (See Attached) | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Location: 1125-B Business Center Circle, Newbury Park CA 91320 | - | 850.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Location: 1125-B Business Center Circle, Newbury Park CA 91320 | - | 2,500.00 |
| 30. Inventory. | | Location: 1125-B Business Center Circle, Newbury Park CA 91320 | - | 156,248.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          159,598.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

## Patent Valuation

Electronic Sensor Technology currently owns three United States Patents:

- No. 5,970,803, "Method and Apparatus for Identifying and Analyzing Vapor Elements", issued October 26, 1999

- No. 6,212,938 Method of Detecting Smell of a Vapor and Producing a Unique Visual Representation thereof", issued April 10, 2001

- No. 6,354,160, "Method and Apparatus for Identifying and analyzing Vapor Elements", issued December 3, 2002.

We have assigned no value to these patents because the expiration date, 25 October 2016 for patent 5,970,803 is almost upon us and because the other two patents have not been implemented in the instruments built by EST. We do not anticipate using these patents in any future instruments.

The specific patents cover design features that are not common to other gas chromatography instruments so it is believed there is no market for licensing the patents

Pure Analytics License Valuation

Electronic Sensor Technology entered into an agreement with Pure Analytics Inc. on 16 April 2013 under which EST provided CTA with exclusive rights to use and sell the EST high speed gas chromatography instrument in the United States in the field of Medical Marijuana testing in exchange for an up front payment of USD 150,000 and 10% of the revenue that CTA would generate from the providing testing services in the field of medical marijuana.

Since that agreement was signed, this contract has been transferred to Pure Analytics LLC the successor firm.

The contract is currently valued at USD 0.00. Since the advent of medical marijuana in California and 18 other state and federal jurisdictions in the United States, Pure Analytics has not generated any revenue from the testing service. Pure Analytics has spend over USD 1.0M to build and equip a medical marijuana testing laboratory in Connecticut. As of 1 October 2014, Pure Analytics has one licensed laboratory that just initiated operations.

The regulatory scheme for Medical Marijuana in Connecticut is such that the EST gas chromatography instrument has no value in the lab. Drug safety regulations in Connecticut are quite stringent and essentially require a pharmaceutical quality assurance laboratory.

Other states have been slow in imposing food and drug quality and safety regulations. They awaiting guidance from the DEA and the FDA. If the forthcoming regulations are as stringent as Connecticut's we can anticipate that there will be no use for the EST instrument in this market.

B6B (Official Form 6B) (12/07) - Cont.

In re   Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Legal=$100,000.00 Advance=$357.57 Insurance=$78,731.81 Expenses=$4,241.46 | - | 185,330.84 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 185,330.84 |
| Total > | 369,030.60 |

Sheet  _3_  of  _3_  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Electronic Sensor Technology, Inc., a Nevada corporation_____,   Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re __Electronic Sensor Technology, Inc., a Nevada corporation_____,    Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    __2__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dr. Teong Lim<br>32760 Wellbrook Drive<br>Westlake Village, CA 91361 | | - | April 15, 2013 | | | | 185,925.60 | 173,450.60<br><br>12,475.00 |
| Account No.<br><br>Frank Zuhnde<br>5927 Lake Lindero Drive<br>Agoura Hills, CA 91301 | | - | September 15, 2014 | | | | 5,960.13 | 0.00<br><br>5,960.13 |
| Account No.<br><br>Ifty Talib<br>1867 Suntree Lane<br>Simi Valley, CA 93063 | | - | September 3, 2014 | | | | 2,000.00 | 0.00<br><br>2,000.00 |
| Account No.<br><br>Kelly Dang<br>1580 Dowling Street<br>Simi Valley, CA 93065 | | - | September 15, 2014 | | | | 4,173.05 | 0.00<br><br>4,173.05 |
| Account No.<br><br> | | | | | | | | |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | Subtotal | 173,450.60 |
|---|---|---|
| (Total of this page) | 198,058.78 | 24,608.18 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation       Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Employment Development Dept. <br> Bankruptcy Group MIC 92E <br> Post Office Box 826880 <br> Sacramento, CA 94280 | - | | For Notice Purposes Only | | | | <br><br>0.00 | 0.00 | |
| Account No. <br><br> Franchise Tax Board <br> Bankruptcy Unit, MS:A-340 <br> Post Office Box 2952 <br> Sacramento, CA 95812-2952 | - | | For Notice Purposes Only | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. <br><br> Internal Revenue Service <br> Insolvency I Stop 5022 <br> 300 North Los Angeles St., Rm 4062 <br> Los Angeles, CA 90012-9903 | - | | For Notice Purposes Only | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. xxx-xx7327 <br><br> State Board of Equalization <br> Post Office Box 942879 <br> Sacramento, CA 94279-6001 | - | | July 30, 2014 | | | | <br><br>127.13 | 86.97 | 40.16 |
| Account No. <br><br> Ventura County Government Center <br> 800 South Victoria Avenue <br> Ventura, CA 93009 | - | | For Notice Purposes Only | | | | <br><br>0.00 | 0.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | 127.13 | 86.97 | 40.16 |
| | Total (Report on Summary of Schedules) | | |
| | 198,185.91 | 173,537.57 | 24,648.34 |

B6F (Official Form 6F) (12/07)

In re  Electronic Sensor Technology, Inc., a Nevada corporation        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Utilities For Notice Purposes Only | | | | |
| 1 N 1 Hosting 701 Lee Road Suite 300 Wayne, PA 19087 | | | | | | | | 0.00 |
| Account No. xxx8363 | | | | July 31, 2014 Trade Debt | | | | |
| Airgas-West, Inc. Post Office Box 7423 Pasadena, CA 91109 | | | | | | | | 321.81 |
| Account No. xxxxxx6620 | | | | August 20, 2014 Insurance Contract | | | | |
| CAN Insurance - Workers Comp 1100 Industrial Road, Suite 3 Post Office Box 1266 San Carlos, CA 94070 | | | | | | | | 6,290.50 |
| Account No. | | | | December 12, 2012 | | | | |
| Cliff SM Lim 32760 Wellbrook Drive Westlake Village, CA 91361 | | | | | | | | 70,000.00 |

_5_  continuation sheets attached

Subtotal
(Total of this page)   76,612.31

B6F (Official Form 6F) (12/07) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation            Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. B297 | | | | July 31, 2014 Trade Debt | | | | |
| Continental Stock Transfer & Trust 17 Battery Place Eighth Floor New York, NY 10004 | | - | | | | | | 1,696.86 |
| Account No. xxxxxxx xx. x333G | | | | July 25, 2014 Trade Debt | | | | |
| Da-Lo Engineering 3696 Lavery Court Unit 19 Newbury Park, CA 91319 | | - | | | | | | 1,750.00 |
| Account No. xxxxxxxxx6936 | | | | July 1, 2014 Credit Facility | | | | |
| East West Bank Post Office Box 790408 Saint Louis, MO 63179 | | - | | | | | | 23,000.00 |
| Account No. | | | | Utilities For Notice Purposes Only | | | | |
| Excel Micro 505 Kedron Avenue Folsom, PA 19033 | | - | | | | | | 0.00 |
| Account No. xxxx-x005-8 | | | | July 25, 2014 Trade Debt | | | | |
| Federal Express Post Office Box 7221 Pasadena, CA 91109 | | - | | | | | | 388.62 |

Sheet no. _1_ of _5_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                26,835.48

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Electronic Sensor Technology, Inc., a Nevada corporation    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx & xxx5142<br><br>Flat Iron Capital<br>Post Office Box 712195<br>Denver, CO 80271 | - | | April 12, 2014 & August 1, 2014<br>Product Liability Insurance<br>April 12, 2014=$13,435.79<br>August 1, 2014=$40,045.75 | | | | 53,481.54 |
| Account No.<br><br>Francis Chang<br>2655 Country Lane<br>Westlake Village, CA 91361 | - | | June 30, 2011 | | | | 16,862.24 |
| Account No. xxxxxxx1011<br><br>Greenberg Traurig, LLP<br>1900 University Avenue<br>Palo Alto, CA 94303 | | | November 2, 2011<br>Legal Fees | | | | 14,770.00 |
| Account No.<br><br>Half Moon Bay Capital<br>Post Office Box 146 Road Town<br>Tortola<br>British Virgin Islands | - | | June 30, 2008 | | | | 6,790,442.00 |
| Account No.<br><br>HorseShoe (2006) LLC<br>32760 Wellbrook Drive<br>Westlake Village, CA 91361 | - | | October 30, 2010 | | | | 151,484.93 |

Sheet no. _2_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,027,040.71

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx xxx0429<br><br>Liberty Mutual Insurance<br>Post Office Box 85834<br>San Diego, CA 92186 | - | | July 1, 2014<br>Insurance Contract | | | | 990.25 |
| Account No.<br><br>Maggie Tham<br>962 Woodlawn Drive<br>Newbury Park, CA 91320 | - | | May 1, 2014 | | | | 39,000.00 |
| Account No.<br><br>Ritex USA, Inc.<br>1867 Suntree Lane<br>Simi Valley, CA 93063 | | | August 30, 2014<br>Trade Debt | | | | 0.00 |
| Account No. xxxxxx0655<br><br>Sage Software, Inc.<br>Customer Care Department<br>14855 Collections Center Drive<br>Chicago, IL 60693 | - | | May 26, 2014<br>Trade Debt | | | | 2,522.01 |
| Account No. x4850<br><br>Sherb & Co., LLP<br>805 3rd Avenue<br>No. 902<br>New York, NY 10022 | - | | July 29, 2010<br>Audit, Tax & Advisory Services | | | | 28,632.00 |

Sheet no. _3_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    71,144.26

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, or COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | July 7, 2012 | | | | |
| Superior Pacific Corporation 18419 Sunburst Street Northridge, CA 91325 | - | | | Trade Debt | | | | 127,655.93 |
| Account No. | | | | September 20, 2010 | | | | |
| Teong C. Lim 32760 Wellbrook Drive Westlake Village, CA 91361 | - | | | | | | | 28,590.81 |
| Account No. | | | | Utilities | | | | |
| Verizon California Post Office Box 920041 Dallas, TX 75392 | - | | | For Notice Purposes Only | | | | 0.00 |
| Account No. | | | | Utilities | | | | |
| Vonage/Vocalcity 1375 Peachtree Street NE Suite 200 Atlanta, GA 30309 | - | | | For Notice Purposes Only | | | | 0.00 |
| Account No. xx-xxx4-054 | | | | August 1, 2014 | | | | |
| Warnick Design 700 West E Street No. 1906 Northridge, CA 91325 | - | | | Trade Debt | | | | 1,000.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    157,246.74

B6F (Official Form 6F) (12/07) - Cont.

In re   Electronic Sensor Technology, Inc., a Nevada corporation        Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx-0002<br><br>White & Case LLP<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA 90071 | - | | Legal Fees | | | | 72,871.45 |
| Account No.<br><br>William Wittmeyer<br>962 Woodlawn Drive<br>Thousand Oaks, CA 91360 | - | | March 22, 2012 | | | | 263,250.00 |
| Account No.<br><br>Wiltham, Inc.<br>962 Woodlawn Drive<br>Thousand Oaks, CA 91360 | - | | March 22, 2012 | | | | 253,223.58 |
| Account No.<br><br>Worldwide Express<br>850 Hampshire Road<br>Suite S<br>Westlake Village, CA 91361 | - | | August 30, 2014<br>Trade Debt | | | | 1,635.77 |
| Account No.<br><br> | | | | | | | |

Sheet no. _5_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 590,980.80 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 7,949,860.30 |

B6G (Official Form 6G) (12/07)

In re    Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dr. Teong Lim 32760 Wellbrook Drive Westlake Village, CA 91361 | Health Insurance |
| Mr. Francis Chang 2655 Country Lane Westlake Village, CA 91361 | Health Insurance |
| Ricoh America, Inc. 21820 Burbank Boulevard Suite 229 Woodland Hills, CA 91367 | Copier Lease |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Electronic Sensor Technology, Inc., a Nevada corporation                              Case No. _____
_____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California-Northern Division

In re   Electronic Sensor Technology, Inc., a Nevada corporation

Debtor(s)

Case No. _____

Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and Chairman of the Board of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___19___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 21, 2014

Signature _____

William B. Wittmeyer
Chief Executive Officer and Chairman of the Board

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California-Northern Division

In re    Electronic Sensor Technology, Inc., a Nevada corporation        Case No.        _____

                                              Debtor(s)         Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                 SOURCE

                                  See Attached Sheet B7, Item 1

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                 SOURCE

---

                                                           5

B7 item 1

| Amount | Time period | Source |
|---|---|---|
| 402,646.00 | January – Sept 2014 | Sales and service of gas chromatography Instruments |
| 731,947,16 | January – Dec 2013 | Sales and Service of gas chromatography instruments and technology license |
| 683,246.85 | January – Dec 2012 | Sales and Service of gas chromatography instruments |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Sheet B7, Item 3b | | $0.00 | $0.00 |

**None** ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Sheet B7, Item 3c | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None** ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 Item 3 b

| Creditor | Date | Amount | Amount Still Owing |
|---|---|---|---|
| East West Bank | 28 August 2014 | 1,600.41 | 23,000,00 |
| | 29 August 2014 | 1,498.44 | |
| | 30 September 2014 | 1,186.15 | |
| | 1 October 2014 | 3,197.44 | |
| | 3 October 2014 | 5,235.00 | |
| | 9 October 2014 | 5,517.00 | |
| | **Total** | **17,893.44** | |
| Flat Iron Capital | 15 September 2014 | 2,604.11 | 4.567.00 |
| | 30 September 2014 | 4,566.20 | |
| | 9 October 2014 | 2604.11 | |
| | **Total** | **9,774.42** | |
| Ritex USA Inc | 29 August 2014 | 1,000.00 | 4,000.00 |
| | 4 September 2014 | 887.50 | |
| | 5 September 2014 | 1887.50 | |
| | 12 September 2014 | 135.60 | |
| | 1 October 2014 | 2500.00 | |
| | 9 October 2014 | 457.28 | |
| | **Total** | **6,867.88** | |
| YBL Properties LLC | 29 August 2014 | 2,423.59 | 2,500.00 |
| | 2 September 2014 | 5,000.00 | |
| | 1 October 2014 | 5,000.00 | |
| | 9 October 2014 | 2,378.12 | |
| | **Total** | **14,801.71** | |

B7 Item 3 c

| 1<br><br><br>Name and Address of Creditor and relationship to debtor | 2<br><br><br>Date of Payment | 3<br><br><br>Amount Paid | 4<br><br>Amount Still<br>Owing |
|---|---|---|---|
| Superior Pacific Corp | 11/06/13 | 302.40 | 127,655.93 |
| 18419 Sunburst St | 11/06/13 | 270.00 | |
| Northridge CA 91325 | 12/08/13 | 2,109.60 | |
| Chief Financial Officer | 01/08/14 | 268.80 | |
| | 02/04/14 | 328.60 | |
| | 03/04/14 | 239.40 | |
| | 03/19/14 | 3,500.00 | |
| | 04/10/14 | 273.60 | |
| | 06/06/14 | 363.00 | |
| | 06/30/14 | 1,712.75 | |
| | 07/07/14 | 2,000.00 | |
| | 08/20/14 | 503.40 | |
| | 09/02/14 | 443.60 | |
| Dr Teong Lim | | | 214,516.21 |
| 32760 Wellbrook Dr. | | | |
| Westlake Village CA 91361 | | | |
| CEO and Director | | | |
| Office of The Admin ( Life)   (Apr14 to Sep14) | 03/17/14 | 1,653.00 | |
| Office of The Admin ( Life)   (Oct14 to Mar15) | 08/29/14 | 1,653.00 | |
| Administrator, Ieee Ins Program ( Disability Ins)  Feb14 to Apr14 | 01/21/14 | 275.76 | |
| Administrator, Ieee Ins Program ( Disability Ins)  May14 to Jul14 | 04/02/14 | 275.76 | |
| Administrator, Ieee Ins Program ( Disability Ins)  Aug14 to Oct14 | 07/07/14 | 275.76 | |
| Administrator, Ieee Ins Program (Life Ins) Mar14 to Aug14 | 02/04/14 | 624.96 | |
| Administrator, Ieee Ins Program (Life Ins) Sep14 to Feb15 | 08/12/14 | 624.96 | |
| Administrator, Ieee Ins Program (Caner indemnity) Dec13 to May14 | 11/13/13 | 78.00 | |
| Administrator, Ieee Ins Program (Caner Indemnity) Jun14 to Nov14 | 05/16/14 | 78.00 | |
| Administrator, Ieee Ins Program (Accidental Death Ins) Jan14 to Jun14 | 12/11/13 | 24.00 | |

| | | | |
|---|---|---|---|
| Administrator, Ieee Ins Program (Accidental Death Ins) Jul14 to Dec14 | 06/06/14 | 24.00 | |
| Anthem Blue Cross ( Medicare RX)  Feb 14 | 01/14/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  Mar 14 | 02/17/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  Apr 14 | 03/19/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  May 14 | 04/16/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  Jun 14 | 05/16/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  Jul 14 | 06/13/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  Aug 14 | 07/18/14 | 217.60 | |
| Anthem Blue Cross ( Medicare RX)  Sep 14 | 08/14/14 | 217.60 | |
| Anthem Blue Cross (Health Ins)  Jan14 to Feb14 | 12/11/13 | 1,305.30 | |
| Anthem Blue Cross (Health Ins)  Mar14 to Apr14 | 02/04/14 | 1,305.30 | |
| Anthem Blue Cross (Health Ins)  May14 to Jun14 | 04/16/14 | 1,305.30 | |
| Anthem Blue Cross (Health Ins)  July14 to Aug14 | 06/06/14 | 1,305.30 | |
| Anthem Blue Cross (Health Ins)  Sept14 to Oct14 | 08/12/14 | 1,305.30 | |
| Anthem Blue Cross (Dental)  Dec13 to Jan14 | 11/13/13 | 140.00 | |
| Anthem Blue Cross (Dental)  Feb14 to Mar14 | 01/08/14 | 140.00 | |
| Anthem Blue Cross (Dental)  Apr14 to May14 | 03/19/14 | 140.00 | |
| Anthem Blue Cross (Dental)  Jun14 to Jul14 | 05/16/14 | 140.00 | |
| Anthem Blue Cross (Dental)  Aug14 to Sep14 | 07/07/14 | 140.00 | |
| AT&T Mobility | 10/22/13 | 238.17 | |
| AT&T Mobility | 11/20/13 | 349.36 | |
| AT&T Mobility | 12/24/13 | 238.29 | |
| AT&T Mobility | 01/21/14 | 298.66 | |
| AT&T Mobility | 02/26/14 | 372.59 | |
| AT&T Mobility | 03/25/14 | 254.23 | |
| AT&T Mobility | 04/24/14 | 254.50 | |
| AT&T Mobility | 05/28/14 | 218.25 | |
| AT&T Mobility | 06/25/14 | 242.21 | |
| AT&T Mobility | 07/23/14 | 321.39 | |
| AT&T Mobility | 08/20/14 | 195.26 | |
| Verizon wireless | 09/19/13 | 29.14 | |
| Verizon wireless | 11/01/13 | 27.71 | |
| Verizon wireless | 11/20/13 | 27.71 | |
| Verizon wireless | 12/24/13 | 27.71 | |
| Verizon wireless | 01/21/14 | 28.05 | |
| Verizon wireless | 02/17/14 | 27.77 | |
| Verizon wireless | 03/17/14 | 27.77 | |
| Verizon wireless | 04/16/14 | 27.84 | |
| Verizon wireless | 05/22/14 | 27.84 | |
| Verizon wireless | 06/25/14 | 27.84 | |
| Verizon wireless | 07/17/14 | 27.82 | |
| Verizon wireless | 09/02/14 | 27.79 | |
| American express-  Business meals  Ck#13169 | 08/01/14 | 232.35 | |
| American express-  BusinessTravel  ck#13169 | 08/01/14 | 4,436.71 | |
| American express-  Business meals  Ck#13208 | 09/02/14 | 99.33 | |

| | | | |
|---|---|---|---|
| American express- Club membership fees - American air ck#13208 | 09/02/14 | 450.00 | |
| American express- Business meals  ck#13117 | 06/30/14 | 459.95 | |
| American express- Business meals  Ck#13067 | 05/28/14 | 113.14 | |
| American express- membership fees - Professional Eng Ck#13067 | 05/28/14 | 57.29 | |
| American express- Business meals   Ck#13005 | 05/01/14 | 191.49 | |
| American express- BusinessTravel  ck#13005 | 05/01/14 | 350.35 | |
| American express- Business meals  Ck#12958 | 04/01/14 | 273.56 | |
| American express- Business meals  Ck#12891 | 03/03/14 | 733.94 | |
| American express- Business meals  Ck#12835 | 02/03/14 | 286.21 | |
| American express- Business meals  Ck#12790 | 12/24/13 | 315.64 | |
| American express - Annual membership  Ck#12681 | 11/01/13 | 450.00 | |
| American express - Business Meals  Ck#12681 | 11/01/13 | 38.19 | |
| American express - Trade show ACG  Ck#12695 | 10/30/13 | 390.46 | |
| American express - Business Meals  Ck#12631 | 10/01/13 | 250.64 | |

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ☐ ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ☐ ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☐ ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☐ ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SulmeyerKupetz<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406 | September 5, 2014<br>William Wittmeyer & Maggie Tham<br>$3,500.00<br><br>September 29, 2014<br>Half Moon Bay Capital, Inc.<br>($100,000.00) | Total = $103,500.00 |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| See Attached Sheet B7, Item 14 | | |

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 Item 14

| Name and Address of Owner | Description of Property | Location |
| --- | --- | --- |
| University of Georgia | zNOSE model 4200 | 1125-B Business Center Circle Newbury Park CA 91320 |
| Menssana Research | zNOSE model 7100 private labeled | 1125-B Business Center Circle Newbury Park CA 91320 |
| Beijing R&D | 14 Detectors | 1125-B Business Center Circle Newbury Park CA 91320 |

B7 (Official Form 7) (04/13)

6

## 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Electronic Sensor Technology, Inc. | 98-0372780 | 1125-B Business Center Circle Newbury Park, CA 91320 | Manufacturing | 1997 to Date |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Kelly Dang 1580 Dowling Street Simi Valley, CA 91625 | January 1, 2011 to Date |

None ■    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Kelly Dang | 1580 Dowling Street Simi Valley, CA 91625 |

B7 (Official Form 7) (04/13)
7

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|---|---|
| ☐ | |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Wells Fargo Insurance Services<br>15303 Ventura Boulevard<br>Seventh Floor<br>Sherman Oaks, CA 91403 | April 16, 2014 |

---

**20. Inventories**

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|---|---|
| ☐ | |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| December 31, 2011 | Kelly Dang | $188,893.84<br>Cost |
| October 15, 2013 | Kelly Dang | $142,801.74<br>Cost |

| None | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
|---|---|
| ☐ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| December 31, 2011 | Kelly Dang<br>1580 Dowling Street<br>Simi Valley, CA 91625 |
| October 15, 2013 | Kelly Dang<br>1580 Dowling Street<br>Simi Valley, CA 91625 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|
| ■ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|
| ☐ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| See Attached Sheet B7, Item 21b | | |

---

**22 . Former partners, officers, directors and shareholders**

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|
| ■ | |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|
| ■ | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Form B7 Item 21 b

| Name and Address | Title | Nature and Percentage ownership |
|---|---|---|
| Dr Teong Lim<br>32760 Wellbrook Drive<br>Westlake Village Ca 91361 | Chairman and CEO | 2.9% Indirect through Tclim LLC |
| Mr. William Wittmeyer<br>962 Woodlawn Drive<br>Thousand Oaks, Ca 91260 | Director and COO | None |
| Ms Maggie Tham<br>962 Woodlawn Drive<br>Thousand Oaks, CA 91360 | Director | None |
| Mr. Thomas Dudley<br>1934 Polaris Drive<br>Glendale CA 91208 | Director | 0.7% Indirect through Dudley Family Trust |
| Mr G. T Low<br>Level 5 Block D<br>Sri Damansara Business Park<br>Persarian Industri<br>52200 Kuala Lumpur<br>Malaysia | Director | 5.9% Indirect through Land and General Bhd. |
| Mr Steve Wang<br>18419 Sunburst St<br>Northridge CA 91325 | CFO | None |
| Tan Sri Wan Azmi<br>P.O Box 146<br>Roadtown Tortola<br>British Virgin Islands | | 53%  Indirect through Half Moon Capital |
| Cede and Co.<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY 10004 | | 34.3%  Direct |

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _October 21, 2014_            Signature _____

                                    William B. Wittmeyer
                                    Chief Executive Officer and Chairman of the Board

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Central District of California-Northern Division

In re    Electronic Sensor Technology, Inc., a Nevada corporation

Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 3 Springs LLC<br>2655 Country Lane<br>Westlake Village, CA 91361 | Common | 3,595,913 | |
| Alpha Capital AG<br>c/o LH Financial<br>160 Central Park South, No. 2701<br>New York, NY 10019 | Com | 210,000 | |
| Annie Mae Jennings<br>1010 Filmore Drive<br>Tupelo, MS 38801 | Common | 2,500 | |
| Ben W. Christley, Jr.<br>709 Timbercrest Drive<br>Leesburg, FL 34748 | Common | 3,600 | |
| Benjamin Bernstein<br>2242 Polk Street<br>Apt. No. 309<br>San Francisco, CA 94109 | Common | 1,000 | |
| Cede & Co. (Fast)<br>Box 20<br>Bowling Green Station<br>New York, NY 10004 | Common | 56,177,113 | |
| Ceocast, Inc.<br>Attn: Michael Wachs<br>390 Lexington Avenue, Fourth Floor<br>New York, NY 10017 | Common | 130,000 | |
| Chris Kaltenbach<br>c/o Lesaffre International Corp.<br>433 East Michigan Street<br>Milwaukee, WI 53202 | Common | 10,000 | |
| Darryl Stephens<br>3860 Isle of Skye Drive<br>Sparks, NV 89431 | Common | 500 | |
| Donald L. & Mary E. Finch Trust<br>U/A DTD 9.4.1996 FBO<br>1135 West Arcadia Avenue, No. 3<br>Arcadia, CA 91007 | Common | 200 | |

___3___  continuation sheets attached to List of Equity Security Holders

In re    Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Frank E. & Barbara Lynn Collier<br>Joint Tenants<br>Route 1 Box 109<br>Waterford, MS 38685 | Common | 2,500 | |
| Gregory P. Osborne<br>425 Dreshertown Road<br>Fort Washington, PA 19034 | Common | 15,000 | |
| H. Bruce Diesl<br>4680 Coquina Crossing Drive<br>Elkton, FL 32033 | Common | 800 | |
| Halfmoon Bay Capital, Ltd.<br>Trident Chambers<br>Box 146 Road Town Tortola<br>British Virgin Island | Common | 86,419,753 | |
| Herbert Rosen Trust<br>U/A DTD 9.2.1992 FBO<br>350 East Dundee Road, No. 105<br>Buffalo Grove, IL 60089 | Common | 1,000 | |
| James S. Cummins<br>1815 West Sierra Sunset Trail<br>Phoenix, AZ 85085 | Common | 25,000 | |
| Janis Parmar<br>c/o Canaccord Capital<br>2200-609 Granville Street<br>Vancouver BC V7Y 1H2 Canada | Common | 10,000 | |
| Jason Livingston<br>488 East Ocean Boulevard<br>No. 105<br>Long Beach, CA 90802 | Common | 4,000 | |
| Jeff R. Haines<br>742 Pancho Road<br>Camarillo, CA 93012 | Common | 50,000 | |
| Jeremy S. Roenick<br>8525 East Dixileta Road<br>Scottsdale, AZ 85262 | Common | 25,000 | |
| John J. & Alicia C. Caufield<br>Joint Tenants<br>2441 Dogwood Drive<br>Wexford, PA 15090 | Common | 50,000 | |

Sheet __1__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re      Electronic Sensor Technology, Inc., a Nevada corporation                    Case No. _____

_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Richard & Karen Daoust Joint Tenants 328 East Street Hingham, MA 02043 | Common | 820 | |
| L& G Resources (1994), Inc. c/o Land & General Berhad Level 5 Block D Sri Damansara Park Persiaran Industri 52200 Kuala | Common | 9,632,534 | |
| Marc Sperling 23 Park Avenue No. 5B New York, NY 10016 | Common | 50,000 | |
| Mario Lemieux 630 Academy Avenue Sewickley, PA 15143 | Common | 50,000 | |
| Mark N. Tompkins 802 Grand Pavilion, 1st Floor Box 30543 SMB, Grand Cayman Cayman Islands BVI | Common | 3 | |
| Mark Recchi 114 Fairway Lane Pittsburgh, PA 15238 | Common | 25,000 | |
| Mark S. Barbara c/o Zacorp Graphics 27 Rae Cres Markham ON L3R 2X8 Canada | Common | 25,000 | |
| Maxine K. Godin 301 Crestview Drive Eatonton, GA 31024 | Common | 200 | |
| Nathaniel Kramer 400 Park Avenue 14th Floor New York, NY 10021 | Common | 25,000 | |
| R. Dean Frost 420 Bull Creek Road Whitney Point, NY 13862 | Common | 1,000 | |
| Rachel Glicksman c/o Ceocast, Inc. 55 John Street, 11th Floor New York, NY 10038 | Common | 250,000 | |

Sheet    2    of    3    continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Electronic Sensor Technology, Inc., a Nevada corporation                          Case No. _____

_____
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Richard Chase<br>c/o Chase Investments, Inc.<br>6218 Ramirez Mesa Drive<br>Malibu, CA 90265 | Common | 50,000 | |
| Richard D. Ketchpel<br>4442 Foothill Drive<br>Carpinteria, CA 93013 | Common | 207,346 | |
| Rick Tocchet<br>Post Office Box 27064<br>Scottsdale, AZ 85255 | Common | 25,000 | |
| Robert N. Waller<br>13120 Quai Meadow Drive<br>Baton Rouge, LA 70817 | Common | 167 | |
| Sean Fitzpatrick<br>65 West Princeton Road<br>Bala Cynwyd, PA 19004 | Common | 50,000 | |
| TC Lim LLC<br>32760 Wellbrook Drive<br>Westlake Village, CA 91361 | Common | 4,729,112 | |
| Ted Woodley<br>926 Galloway Street<br>Pacific Palisades, CA 90272 | Common | 5,980 | |
| Thomas Dudley Trust UA 2.2.1990<br>Dudley Familyl Trust<br>1934 Polaris Drive<br>Glendale, CA 91208 | Common | 1,250,000 | |
| Travis Green<br>67 Arcata<br>Irvine, CA 92602 | Common | 50,000 | |
| Walter Suburo Yamane<br>232 Ainahou Street<br>Honolulu, HI 96825 | Common | 5,000 | |
| William L. & June L. Ireland<br>Joint Tenants<br>7904 Nancy Lane<br>Louisville, KY 40258 | Common | 2,500 | |

Sheet __3__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re    Electronic Sensor Technology, Inc., a Nevada corporation                    Case No._____

                                            Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ October 21, 2014 _____          Signature_____

                                            William B. Wittmeyer
                                            Chief Executive Officer and Chairman of the Board

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.