1  Victor A. Sahn (CA Bar No. 97299)
   vsahn@sulmeyerlaw.com
2  David S. Kupetz (CA Bar No. 125062)
   dkupetz@sulmeyerlaw.com
3  Jason D. Balitzer (CA Bar No. 244537)
   jbalitzer@sulmeyerlaw.com
4  **SulmeyerKupetz**
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
6  Telephone: 213.626.2311

7  (Proposed) Bankruptcy Counsel for Electronic Sensor
   Technology, Inc., Debtor and Debtor in Possession
8

9               UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    NORTHERN DIVISION

12 | In re | Case No. 9:14-bk-12347-PC
13 | Electronic Sensor Technology, Inc., a Nevada corporation, | Chapter 11
14 | Debtor. | **SUPPLEMENT TO MOTION TO INCUR POST-PETITION FINANCING RE: DESIGNATION OF DIP LENDER**
15 |  | 
16 |  | [Relates to Dkt. No. 10]
17 | Tax Id # 98-0372780 | **Hearing On Shortened Notice**
18 |  | DATE:  October 27, 2014
   |  | TIME:  3:00 p.m.
19 |  | PLACE: Courtroom 1339
   |  |        U.S. Bankruptcy Court
20 |  |        255 East Temple Street
   |  |        Los Angeles, CA 90012

24    Electronic Sensor Technology, Inc., the above-captioned debtor and debtor in possession

25 (the "Debtor"), hereby files this supplement (the "Supplement") to the *Debtor's Emergency "First*

26 *Day" Motion For Order Authorizing Debtor To Incur Postpetition Indebtedness On A Secured Basis*

27 [Dkt. No. 10] (the "Financing Motion"), as follows:

28

JBALITZER\ 2434389.1          -1-

1    The Lender (as that term is defined in the Financing Motion) had not yet been designated at
2    the time the Financing Motion was filed; however, it was indicated that the Lender would be an
3    affiliate of Halfmoon Bay Capital, Ltd. ("Halfmoon Bay").  The Debtor hereby files the instant
4    Supplement to indicate the designation of the Lender.

5    The Lender will be Mango Bay Enterprises, Inc., a British Virgin Islands business company
6    and an affiliate of Halfmoon Bay.

7   DATED: October 24, 2014                    Respectfully submitted,

8                                              **Sulmeyer**Kupetz
                                               A Professional Corporation
9

10                                             By:   /s/ Jason D. Balitzer
11                                                   David S. Kupetz
                                                     Jason D. Balitzer
12                                                   (Proposed) Bankruptcy Counsel for Electronic
                                                     Sensor Technology, Inc., Debtor and Debtor in
13                                                   Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENT TO MOTION TO INCUR POST-PETITION FINANCING RE: DESIGNATION OF DIP LENDER will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 24, 2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jason Balitzer – Courtesy NEF    jbalitzer@sulmeyerlaw.com
  jbalitzer@ecf.inforuptcy.com
  dwalker@ecf.inforuptcy.com

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- David S Kupetz – Electronic Sensor Technology, Inc.    dkupetz@sulmeyerlaw.com
  dperez@sulmeyerlaw.com
  dperez@ecf.inforuptcy.com
  dkupetz@ecf.inforuptcy.com

- Victor A Sahn – Courtesy NEF    vsahn@sulmeyerlaw.com
  agonzalez@sulmeyerlaw.com
  agonzalez@ecf.inforuptcy.com
  asokolowski@sulmeyerlaw.com
  vsahn@ecf.inforuptcy.com

- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 24, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1460
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 24, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Counsel to Halfmoon Bay Capital, Inc.** – *Via Email*
Daniel J. Weintraub, Esq.
Weintraub & Selth, APC
11766 Wilshire Blvd., Ste. 1170
Los Angeles, CA 90025
P: (310) 207-1494
F: (310) 442-0660
Email: Dan@wsrlaw.net

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2014 | Denise Walker | /s/Denise Walker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                         F 9013-3.1.PROOF.SERVICE