1  Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlaw.com
2  David S. Kupetz (CA Bar No. 125062)
     dkupetz@sulmeyerlaw.com
3  Jason D. Balitzer (CA Bar No. 244537)
     jbalitzer@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
   Bankruptcy Counsel for Electronic Sensor
8  Technology, Inc., Debtor and Debtor in Possession



**FILED & ENTERED**

**OCT 28 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY RUST      DEPUTY CLERK**

9           **UNITED STATES BANKRUPTCY COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                    **NORTHERN DIVISION**

12  In re                          Case No. 9:14-bk-12347-PC

13                                 Chapter 11

14  Electronic Sensor Technology, Inc.,
    a Nevada corporation,          SMALL BUSINESS CASE UNDER FRBP
                                   1020
15
                       Debtor.     **INTERIM ORDER ON MOTION FOR**
16                                 **ORDER AUTHORIZING DEBTOR TO**
                                   **INCUR POSTPETITION**
17                                 **INDEBTEDNESS ON A SECURED BASIS**

18  Tax Id # 98-0372780            DATE:    October 27, 2014
                                   TIME:    3:00 p.m.
19                                 PLACE:   Courtroom 1339
                                            U.S. Bankruptcy Court
20                                          255 E. Temple Street
                                            Los Angeles, CA 90012
21

22

23          Pursuant to an emergency "first day" motion (the "Motion") [dkt. 10] filed on

24  October 23, 2014, Electronic Sensor Technology, Inc. (the "Debtor"), the above-captioned debtor

25  and debtor in possession, requested an order of this Court authorizing the Debtor to incur

26  postpetition indebtedness on a secured basis.

27          The Motion states that it was filed in order to obtain necessary funding to allow the

28  Debtor to continue its operations, avoid a shutdown of its operations, move forward with a its

DKUPETZ\ 2432657.1

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

business plan designed to preserve, protect, and enhance the value of the estate and the going concern value of the Debtor, and move forward with the presentation of a chapter 11 plan. The Motion was made on the primary grounds that (i) the proposed financing is necessary in order to avoid irreparable harm to the estate, (ii) the necessary financing is not available to the Debtor under terms more favorable to the Debtor and the estate than through the incurring of debt secured by a lien on property of the estate on the proposed terms, (iii) the interests of the Debtor and the estate are advanced by the financing and would be severely harmed if the financing is not approved, and (iv) the proposed financing will enable the Debtor's to move forward with the implementation of its business plan and the presentation of its chapter 11 plan of reorganization.

The Court set the Motion for expedited, interim hearing on October 27, 2014, at 3:00 p.m. The Court considered the Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of William B. Wittmeyer, the Debtor's Chief Executive Officer and Chairman, the Debtor's cash requirements for the initial three weeks of this case set forth in Exhibit 2 to the Motion, the facts and circumstances of this case, and the representations of counsel at the hearing on the Motion.

Based on the foregoing, and good cause appearing therefor, the Court finding that incurring the proposed interim postpetition indebtedness on a secured basis is in the best interests of the estate and that the requirements of Bankruptcy Code sections 364(c) and 364(d) and Bankruptcy Rule 4001(c)(2) have been satisfied,

**IT IS ORDERED** as follows:

1. The Motion is granted with respect to interim financing in the sum of $61,901 to avoid immediate and irreparable harm;

2. The Debtor is authorized to incur postpetition indebtedness to the extent stated above ($61,901) secured by a lien on property of the estate pursuant to Bankruptcy Code sections 364(c)(2) and 364(d)(1);

3. A final hearing on the Motion shall be held on November 12, 2014, at 9:30 a.m. in Courtroom 201, U.S. Bankruptcy Court, 1415 State Street, Santa Barbara, California;

4. Any response to the Motion shall be filed no later than November 7, 2014, and the Debtor may file a reply to any response on or before November 11, 2014;

5. Postpetition indebtedness incurred pursuant to this Order shall accrue interest as set forth in the financing agreement attached as Exhibit 1 to the Motion;

6. This Order does not grant cross-collateralization with regard to any prepetition indebtedness.

#####

Date: October 28, 2014

Peter H. Carroll
United States Bankruptcy Judge